Colin G. Cabral (CA SBN 296913)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: ccabral@proskauer.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSA ABLOY AB, a Swedish Limited Liability Company,<br><br>Plaintiff(s)<br>v.<br><br>SPECTRUM BRANDS, INC., et al.,<br><br>Defendant(s). | CASE NUMBER<br>8:15-cv-00775-CJC-DFM<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mottley, Kimberly A.     of   Proskauer Rose LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     One International Place
                                                                 Boston, MA 02110

(617) 526-9600     (617) 526-9899
*Telephone Number*   *Fax Number*

kmottley@proskauer.com
*E-Mail Address*                               *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Unikey Technologies, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☒ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Cabral, Colin G.      of   Proskauer Rose LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2049 Century Park East, 32nd Floor
                                                              Los Angeles, CA 90067-3206
296913       (310) 557-2900
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 557-2193
*Fax Number*                                *Firm Name & Address*

                                            ccabral@proskauer.com
                                            *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated** July 6, 2015

                                            _____
                                            CORMAC J. CARNEY, **U.S. District Judge**