Colin G. Cabral (CA SBN 296913)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: ccabral@proskauer.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ASSA ABLOY AB, a Swedish Limited Liability Company,

Plaintiff(s)

v.

SPECTRUM BRANDS, INC., et al.,

Defendant(s).

CASE NUMBER

8:15-cv-00775-CJC-DFM

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cox, Brendan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(617) 526-9600    (617) 526-9899
*Telephone Number*    *Fax Number*

bcox@proskauer.com
*E-Mail Address*

Proskauer Rose LLP
One International Place
Boston, MA 02110

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Unikey Technologies, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☒ Defendant    ☐ Other:___

**and designating as Local Counsel**

Cabral, Colin G.
*Designee's Name (Last Name, First Name & Middle Initial)*

296913    (310) 557-2900
*Designee's Cal. Bar Number*    *Telephone Number*

(310) 557-2193
*Fax Number*

Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

*Firm Name & Address*

ccabral@proskauer.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED**. Fee shall be returned by the Clerk.
☐ **DENIED**. For failure to pay the required fee.

**Dated July 6, 2015**

_____
CORMAC J. CARNEY, **U.S. District Judge**