| | |
|---|---|
| Colin G. Cabral (Bar. No. 296913)<br>ccabral@proskauer.com<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>Facsimile: (310)557-2193<br><br>Steven M. Bauer<br>(*pro hac vice*)<br>sbauer@proskauer.com<br>Kimberly A. Mottley<br>(*pro hac vice*)<br>kmottley@proskauer.com<br>Brendan S. Cox<br>(*pro hac vice*)<br>bcox@proskauer.com<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>Telephone:   (617) 526-9600<br>Facsimile:    (617) 526-9899<br><br>*Attorneys for Defendant*<br>*Unikey Technologies, Inc.* | Michael T. Hornak (Bar No. 81936)<br>mhornak@rutan.com<br>Ronald P. Oines (Bar No. 145016)<br>roines@rutan.com<br>Bradley A. Chapin (Bar No. 232885)<br>bchapin@rutan.com<br>Benjamin Deming (Bar No. 233687)<br>bdeming@rutan.com<br>RUTAN & TUCKER LLP<br>611 Anton Blvd., Fourteenth Floor<br>Costa Mesa, CA  92626-1931<br>Telephone: (714) 641-5100<br>Facsimile: (714) 546-9035<br><br>*Attorneys for Plaintiff*<br>*Assa Abloy AB*<br><br>William A. Delgado (Bar No. 222666)<br>wdelgado@willenken.com<br>WILLENKEN WILSON LOH &<br>DELGADO LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA  90017<br>Telephone: (213) 955-9240<br>Facsimile: (213) 955-9250<br><br>*Attorneys for Defendant*<br>*Spectrum Brands, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASSA ABLOY AB,<br><br>           Plaintiff,<br>     v.<br><br>SPECTRUM BRANDS, INC.; UNIKEY TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  8:15-CV-00775-CJC-DFM<br><br>**JOINT STIPULATION TO RESET HEARING ON MOTION TO DISMISS (L.R. 7-1)**<br><br>Present Hearing Date:   July 13, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Requested New Date:   August 24, 2015<br><br>Assigned to the Hon. Cormac J. Carney |

WHEREAS, a hearing on Defendant Spectrum Brands, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 13) is currently scheduled for Monday, July 13, 2015 at 1:30 p.m. before this honorable Court; and

WHEREAS, counsel for Defendant Unikey has its responsive pleading deadline set for July 23, 2015, and may choose to join in the motion filed by Spectrum Brands, Inc. at that time and would thus like to attend and participate in any such hearing, and further, Unikey's counsel has a scheduling conflict on July 13, 2015, due to earlier scheduled *Markman* proceedings in another court; and

WHEREAS, counsel for Unikey has conferred with counsel for Plaintiff and with counsel for Defendant Spectrum, and all parties to this action have agreed that, under the circumstances, Unikey's request to reset the hearing is reasonable and should be granted;

IT IS HEREBY STIPULATED and requested by and between the parties through their undersigned attorneys of record that:

The hearing now scheduled for Monday, July 13, 2015 be rescheduled for Monday, August 24, 2015.

SO STIPULATED.

Dated: July 7, 2015

PROSKAUER ROSE LLP

By: /s/ *Colin G. Cabral*
Colin G. Cabral
*Attorneys for Defendant*
Unikey Technologies, Inc.

WILLENKEN WILSON LOH & DELGADO LLP

By: /s/ *William A. Delgado*
William A. Delgado
*Attorneys for Defendant*
Spectrum Brands, Inc.

RUTAN & TUCKER, LLP

By: /s/ *Ronald P. Oines*
Ronald P. Oines
*Attorneys for Plaintiff*
ASSA ABLOY AB

**Attestation Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i)**

I attest under Local Civil Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 7, 2015                    By: /s/ *Colin G. Cabral*
                                           Colin G. Cabral

2