1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSA ABLOY AB,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SPECTRUM BRANDS, INC.; UNIKEY TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:15-CV-00775-CJC-DFM<br><br>**[PROPOSED] ORDER TO RESET HEARING ON MOTION TO DISMISS**<br><br>Present Hearing Date: July 13, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Requested New Date: August 24, 2015<br><br>Assigned to the Hon. Cormac J. Carney |


The Court having received the parties' stipulation to reset the hearing on the motion to dismiss filed by Defendant Spectrum Brands, Inc. (Dkt. 13), and good cause appearing, IT IS HEREBY ORDERED:

The hearing on Spectrum's motion to dismiss, presently scheduled for July 13, 2015, is rescheduled for August 24, 2015, at 1:30 P.M. in courtroom 9B and may be conducted on that date.

Dated: _____, 2015

_____
The Honorable Cormac J. Carney
United States District Judge