# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSA ABLOY AB,<br><br>　　　　　Plaintiff,<br>　v.<br>SPECTRUM BRANDS, INC.; UNIKEY TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Case No.  8:15-CV-00775-CJC-DFM<br><br>**ORDER TO RESET HEARING ON MOTION TO DISMISS**<br><br>Present Hearing Date:  July 13, 2015<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Requested New Date:  August 24, 2015<br><br>Assigned to the Hon. Cormac J. Carney |

1  The Court having received the parties' stipulation to reset the hearing on the
2 motion to dismiss filed by Defendant Spectrum Brands, Inc. (Dkt. 13), and good
3 cause appearing, IT IS HEREBY ORDERED:

4  The hearing on Spectrum's motion to dismiss, presently scheduled for July
5 13, 2015, is rescheduled for August 24, 2015, at 1:30 P.M. in courtroom 9B and
6 may be conducted on that date.

9 Dated: July 8, 2015

                                            The Honorable Cormac J. Carney
                                            United States District Judge